SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TEJINDER PAL SINGH,<br><br>            Plaintiff,<br><br>            v.<br><br>ROBERT MUELLER, III, Director,<br>Federal Bureau of Investigation,<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>EMILIO GONZALES, Director, U.S.<br>Citizenship and Immigration Services (USCIS);<br>DAVID STILL, District Director, USCIS;<br>FRANCIS D. SICILIANO, San Jose Field<br>Office Director, USCIS,<br><br>            Defendants. | No. C 07-3380 JF<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated plaintiff's application for naturalization.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-3380 JF                        1

| | |
|---|---|
| 1  Date: August 23, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | |
| 4 | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | Assistant United States Attorney<br>Attorneys for Defendants |

Date: August 23, 2007         _____/s/_____
                              MADAN AHLUWALIA
                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                              JEREMY FOGEL
                              United States District Judge

Stipulation to Dismiss
C07-3380 JF                    2