**8/29/07

1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TEJINDER PAL SINGH, | ) |
| | ) No. C 07-3380 JF |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| | ) [PROPOSED] **ORDER** |
| ROBERT MUELLER, III, Director, | ) |
| Federal Bureau of Investigation, | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| Department of Homeland Security; | ) |
| EMILIO GONZALES, Director, U.S. | ) |
| Citizenship and Immigration Services (USCIS); | ) |
| DAVID STILL, District Director, USCIS; | ) |
| FRANCIS D. SICILIANO, San Jose Field | ) |
| Office Director, USCIS, | ) |
| | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated plaintiff's application for naturalization.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-3380 JF                                           1

| | | |
|---|---|---|
| 1 | Date: August 23, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: August 23, 2007 | /s/<br>MADAN AHLUWALIA<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  8/27/07

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-3380 JF                                    2